UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
SARAH ANN TOLLIVER,

                Plaintiff,

-against-   **STIPULATION OF DISCONTINUANCE**

SUFFOLK COUNTY WATER AUTHORITY and
STEVEN GALANTE (Sued in his individual capacity
pursuant to New York Executive Law § 290 et seq.),   21-cv-05085 (MKB) (ARL)

                Defendants.
---------------------------------------x

IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced matter that the Complaint is withdrawn in its entirety and the action is discontinued with prejudice. Each side shall bear its own costs and fees.

Dated:  Islandia, New York  
        December 16, 2022

SCOTT MICHAEL MISHKIN, P.C.

By: _____  
Scott M. Mishkin, Esq.  
*Attorneys for Plaintiff*  
One Suffolk Square, Suite 240  
Islandia, New York 11749  
(631) 234-1154  
MishkinEsq@optonline.net

Dated:  New York, New York  
        December 16, 2022

BOND, SCHOENECK & KING, PLLC

By: /s/ Mary Ellen Donnelly  
Mary Ellen Donnelly  
*Attorneys for the Defendants*  
600 Third Avenue, 22nd Floor  
New York, New York  
(646) 253-2392  
MDonnelly@bsk.com

SO ORDERED:  
s/ MKB 1/16/2023

_____  
MARGO K. BRODIE  
United States District Judge